**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1284**

RICHARD PEAMON,

Plaintiff - Appellant,

and

BILL NORRIS; MICHAEL RICH,

Plaintiffs,

versus

A AND R DEVELOPMENT CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:06-cv-02974-WMN)

Submitted: June 15, 2007                    Decided:  June 20, 2007

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Richard Peamon, Appellant Pro Se. Paul D. Shelton, MCKENNON, SHELTON & HENN, LLP, Baltimore, Maryland; Paula Jeanette McGill, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Peamon seeks to appeal the district court's order granting the Defendant's motion to set aside a default judgment and quashing service of process. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Peamon seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED